1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            2:13-CV-02644-JAM-EFB

12          Plaintiff,

13     v.                               FINAL JUDGMENT OF
                                        FORFEITURE
14 APPROXIMATELY $46,686.00 IN U.S.
   CURRENCY,
15
            Defendant.
16

17     Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

18     1.    This is a civil action *in rem* brought Approximately $46,686.00 in U.S.

19 Currency ("defendant currency"), which was seized on or about April 22, 2013.

20     2.    A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on

21 December 23,  2013, alleging that said defendant currency is subject to forfeiture to the

22 United States pursuant to 21 U.S.C. § 881(a)(6).

23     3.    On December 23, 2013, the Clerk issued a Warrant for Arrest for the

24 defendant currency, and that warrant was duly executed on December 30, 2013.

25     4.    Beginning on January 31, 2014, for at least 30 consecutive days, the United

26 States published Notice of the Forfeiture Action on the official internet government

27 forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on March 3,

28 2014.

                              1

                                           Final Judgment of Forfeiture

1   5.      In addition to the public notice on the official internet government forfeiture

2   site www.forfeiture.gov, actual notice or attempted notice was given to the following

3   individual(s):

4            a.      Richard Donoso

5            b.      Maria Donoso

6   6.      Claimant filed a verified statement alleging an interest in the defendant

7   currency on January 30, 2014.  No other parties have filed claims or answers in this

8   matter, and the time in which any person or entity may file a claim and answer has

9   expired.

10   7.      The Clerk of the Court entered a Clerk's Certificate of Entry of Default

11   against Richard Donoso on February 21, 2014.  Pursuant to Local Rule 540, the United

12   States and claimant thus join in a request that as part of the Final Judgment of

13   Forfeiture in this case the Court enter a default judgment against the interest, if any, of

14   Richard Donoso without further notice.

15            Based on the above findings, and the files and records of the Court, it is hereby

16   ORDERED AND ADJUDGED:

17   8.      The Court adopts the Stipulation for Final Judgment of Forfeiture entered

18   into by and between the parties to this action.

19   9.      Judgment is hereby entered against claimant Maria Donoso and all other

20   potential claimants who have not filed claims in this action.

21   10.     Upon entry of a Final Judgment of Forfeiture, $37,348.80 of the $46,686.00

22   in U.S. Currency, together with any interest that may have accrued on the total amount

23   seized, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be

24   disposed of according to law.

25   11.     Upon entry of a Final Judgment of Forfeiture herein, but no later than 60

26   days thereafter, $9337.20 of the $46,686.00 in U.S. Currency shall be returned to

27   claimant, through her attorney Catherine Burns.

28

2

Final Judgment of Forfeiture

12.     That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

13.     Claimant Maria Donoso waives any and all claim or right to interest that may have accrued on the defendant currency.

14.     All parties are to bear their own costs and attorneys' fees.

15.     The U.S. District Court for the Eastern District of California, Hon. John A. Mendez, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

CERTIFICATE OF REASONABLE CAUSE

16.     Based upon the allegations set forth in the Complaint filed December 23, 2013, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

SO ORDERED THIS 25th day of March, 2014

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

Final Judgment of Forfeiture